**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN **1 8** 2023

**TAMMY H. DOWNS, CLERK**
By:_____
**DEP CLERK**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

IRINA STOKES

                       PLAINTIFF

v.                            4:23-cv-45-JM

STEWART STOKES AND                       **DEFENDANTS**
VICKIE STOKES

## VERIFIED COMPLAINT

Comes now the Plaintiff, Irina Stokes, by and through her attorney below, and for her

Verified Complaint against Stewart Stokes and Vickie Stokes, states as follows:

1.      The Plaintiff is a resident of Pulaski County, Arkansas.

2.      Defendant Stewart Stokes is a resident of Pulaski County, Arkansas.

3.      Defendant Vickie Stokes is a resident of Pulaski County, Arkansas.

4.      The Plaintiff immigrated to the United States from Russia.

5.      Defendant Stewart Stokes executed an Affidavit of Support (Form I-864) (the

"Affidavit") in which he agreed to support the Plaintiff and prevent her from becoming a public

charge. A true and correct copy of the Affidavit of Support is attached hereto as Exhibit 1 and is

incorporated by reference as if fully set forth herein.

6.      Defendant Vickie Stokes executed a Contract between Sponsor and Household

Member (Form I-864A) (the "Contract") in which she agreed to be jointly and severally liable for

the support of the Plaintiff. A true and correct copy of the Contract between Sponsor and

Household Member is attached hereto as Exhibit 2 and is incorporated by reference as if fully set

forth herein.

7.      Jurisdiction is proper in this Court pursuant to 8 U.S.C. §1183a(1).

8.      Venue is proper in this Court.

9.      The Plaintiff and Defendant Stewart Stokes were married on or about October 1,

2019, separated on or about June 1, 2021, and were divorced on or about December 29, 2021. A

This case assigned to District Judge __Moody__
and to Magistrate Judge __Ray_____

true and correct copy of the Decree of Divorce is attached hereto as Exhibit 3 and incorporated by reference as if fully set forth herein.

10. Since the Plaintiff and Defendant Stewart Stokes separated on or about June 1, 2021, the Defendants have failed to support the Plaintiff according to the terms of the Affidavit and the Contract.

11. The Affidavit and Contract require support sufficient to maintain the Plaintiff at an income that is at least 125% of the Federal Poverty Guidelines.

12. The Plaintiff has a household size of 2, and the poverty guideline for this household size is $17,420. The amount of support the Defendants are required to provide must maintain the plaintiff at an annual income of $21,775, or $1,814.58 per month.

13. The Plaintiff has not fulfilled any of the conditions that terminate a Sponsor's obligations under the Affidavit.

14. Though the Plaintiff and Defendant Stewart Stokes have divorced, their divorce did not terminate the Defendants' obligations under the Affidavit or the Contract.

15. Since May 1, 2022, the Plaintiff has held employment sufficient to maintain her income above the poverty threshold for her household size.

16. Because the Defendants did not support the Plaintiff pursuant to their obligations under the Affidavit or the Contract from June 1, 2021, to May 1, 2022, the Plaintiff is entitled to back support beginning June 1, 2021 and continuing through May 1, 2022. The Plaintiff is therefore entitled to 11 months of support for June 2021 through April 2022, at $1,814.58 per month, for a total of $19,960.38 in back support.

17. Additionally, should the Plaintiff lose her employment, or should her employment situation be adversely affected such that her income should fall below the poverty threshold for her household size, Plaintiff reserves the right to bring a subsequent action against Defendants in the event that the Defendants continue to fail to meet their support obligations

under the Affidavit or the Contract. The Defendants' obligations under the Affidavit and the Contract are mandatory.

18.    Due to the failure of the Defendants to pay according to their obligations under the Affidavit and the Contract, the Plaintiff has incurred costs and attorney fees that she would not have otherwise incurred. The Defendants should be required to reimburse the Plaintiff for these costs and attorney fees, as provided for by 8 U.S.C. §1183a(c).

WHEREFORE, the Plaintiff prays that the Court grant her judgment against the Defendants, jointly and severally, in an amount of $19,960.38, plus her costs and attorney fees; and for all other just and proper relief.

Respectfully,

/s/ Michael Yarbrough
Michael Yarbrough, ABN 2015023
William F. Godbold IV, ABN 2014129

*Attorneys for Plaintiff*

Natural State Law, PLLC
900 S. Shackleford Rd. Ste. 615
Little Rock, AR 72211
P: 501-916-2878
F: 855-415-8951
Michael.Yarbrough@NatStateLaw.com

## **VERIFICATION**

I, the undersigned, do hereby state on oath or affirmation that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Stokes*
Irina Stokes
Plaintiff

STATE OF ARKANSAS    )
                     ) ss.
COUNTY OF Pulaski    )

SUBSCRIBED AND SWORN TO before me, a Notary Public in and for the State and County aforesaid, on this  17  day of  October ,  2022  .

Notary Public

My Commission Expires:  5/17/2032

MARY MANRIQUEZ
MY COMMISSION # 12719127
EXPIRES: May 17, 2032
Pulaski County



# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-864**
OMB No. 1615-0075
Expires 03/31/2020

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☑ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | ☑ MEETS requirements   ☐ DOES NOT MEET requirements<br><br>Reviewed By: White LA2625<br>Office: NBC<br>Date (mm/dd/yyyy): FEB 2 5 2020 | ☑ 1    ☐ 2<br><br>**Remarks** |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

▶ **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I, `Stewart Jason Stokes` ,
am the sponsor submitting this affidavit of support because
(Select only one box):

**1.a.** ☐ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
`_____`

**1.c.** ☐ I have an ownership interest of at least 5 percent in
`_____`
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my
`_____`

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☒ I am the ☒ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's
`_____`

**NOTE:** If you are filing this form as a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About the Principal Immigrant

**1.a.** Family Name (Last Name) `Stokes`

**1.b.** Given Name (First Name) `Irina`

**1.c.** Middle Name `Aleksandrovna`

### Mailing Address

**2.a.** In Care Of Name
`Stewart J Stokes`

**2.b.** Street Number and Name `6 Woodmere pl`

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr. `_____`

**2.d.** City or Town `Sherwood`

**2.e.** State `AR`    **2.f.** ZIP Code `72120`

**2.g.** Province `_____`

**2.h.** Postal Code `_____`

**2.i.** Country
`USA`

### Other Information

**3.** Country of Citizenship or Nationality
`Russian Federation`

**4.** Date of Birth (mm/dd/yyyy) `10/07/1980`

**5.** Alien Registration Number (A-Number) (if any)
▶ A- `_____`

**6.** USCIS Online Account Number (if any)
▶ `_____`

**7.** Daytime Telephone Number
`5012466444`

Reviewed/Qualified
By NBC

PLAINTIFF'S EXHIBIT
1

Form I-864   03/06/18

1019131308000  1903863 018106 51 0652016 110119 18 27 103119 AOS_ELIS-805887

## Part 3. Information About the Immigrants You Are Sponsoring

1. I am sponsoring the principal immigrant named in Part 2.

   [X] Yes  [ ] No (Applicable only if you are sponsoring family members in Part 3. as the second joint sponsor or if you are sponsoring family members who are immigrating more than six months after the principal immigrant)

2. [X] I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in Part 2. (Do not include any relative listed on a separate visa petition.)

3. [ ] I am sponsoring the following family members who are immigrating more than six months after the principal immigrant.

### Family Member 1

4.a. Family Name (Last Name): **Zakharova**

4.b. Given Name (First Name): **Natalia**

4.c. Middle Name: **Vladimirovna**

5. Relationship to Principal Immigrant: **Daughter**

6. Date of Birth (mm/dd/yyyy): **04/09/2012**

7. Alien Registration Number (A-Number) (if any)
   ▶ A-

8. USCIS Online Account Number (if any)
   ▶

### Family Member 2

9.a. Family Name (Last Name):

9.b. Given Name (First Name):

9.c. Middle Name:

10. Relationship to Principal Immigrant:

11. Date of Birth (mm/dd/yyyy):

12. Alien Registration Number (A-Number) (if any)
    ▶ A-

13. USCIS Online Account Number (if any)
    ▶

### Family Member 3

14.a. Family Name (Last Name):

14.b. Given Name (First Name):

14.c. Middle Name:

15. Relationship to Principal Immigrant:

16. Date of Birth (mm/dd/yyyy):

17. Alien Registration Number (A-Number) (if any)
    ▶ A-

18. USCIS Online Account Number (if any)
    ▶

### Family Member 4

19.a. Family Name (Last Name):

19.b. Given Name (First Name):

19.c. Middle Name:

20. Relationship to Principal Immigrant:

21. Date of Birth (mm/dd/yyyy):

22. Alien Registration Number (A-Number) (if any)
    ▶ A-

23. USCIS Online Account Number (if any)
    ▶

### Family Member 5

24.a. Family Name (Last Name):

24.b. Given Name (First Name):

24.c. Middle Name:

25. Relationship to Principal Immigrant:

26. Date of Birth (mm/dd/yyyy):

27. Alien Registration Number (A-Number) (if any)
    ▶ A-

28. USCIS Online Account Number (if any)
    ▶

191813308000  1903863  018106 51  0652816 110419 18:27 103119 AOS_ELIS-805887

## Part 3. Information About the Immigrants You Are Sponsoring (continued)

29. Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in Part 2., any immigrants listed in Part 3., Item Numbers 1. - 28. and (if applicable), any immigrants listed for these questions in Part 11. Additional Information. Do not count the principal immigrant if you are only sponsoring family members entering more than 6 months after the principal immigrant.

| 2 |

## Part 4. Information About You (Sponsor)

### Sponsor's Full Name

| 1.a. | Family Name (Last Name) | Stokes |
| 1.b. | Given Name (First Name) | Stewart |
| 1.c. | Middle Name | Jason |

### Sponsor's Mailing Address

| 2.a. | In Care Of Name | Stewart J Stokes |
| 2.b. | Street Number and Name | 6 Woodmere pl |
| 2.c. | ☐ Apt. ☐ Ste. ☐ Flr. | |
| 2.d. | City or Town | Sherwood |
| 2.e. | State | AR | 2.f. ZIP Code | 72120 |
| 2.g. | Province | |
| 2.h. | Postal Code | |
| 2.i. | Country | USA |

3. Is your current mailing address the same as your physical address?   ☒ Yes   ☐ No

If you answered "No" to Item Number 3, provide your physical address in Item Numbers 4.a. - 4.h.

### Sponsor's Physical Address

| 4.a. | Street Number and Name | |
| 4.b. | ☐ Apt. ☐ Ste. ☐ Flr. | |
| 4.c. | City or Town | |
| 4.d. | State | | 4.e. ZIP Code | |
| 4.f. | Province | |
| 4.g. | Postal Code | |
| 4.h. | Country | |

### Other Information

5. Country of Domicile

USA

6. Date of Birth (mm/dd/yyyy)   07/29/1975

7. City or Town of Birth

Little Rock

8. State or Province of Birth

Arkansas

9. Country of Birth

USA

10. U.S. Social Security Number (Required)

▶ 4 3 1 6 7 5 8 4 8

Citizenship or Residency

11.a. ☒ I am a U.S. citizen.

11.b. ☐ I am a U.S. national.

11.c. ☐ I am a lawful permanent resident.

12. Sponsor's A-Number (if any)

▶ A-

13. Sponsor's USCIS Online Account Number (if any)

Military Service (To be completed by petitioner sponsors only.)

14. I am currently on active duty in the U.S. Armed Forces or U.S. Coast Guard.   ☐ Yes   ☒ No

101913120800000  1903863 018106 51 0652816 110419 18:27 103119 AOS_ELIS-805887

| For USCIS Use Only | |
|---|---|

## Part 5. Sponsor's Household Size

**NOTE: Do not count any member of your household more than once.**

**Persons you are sponsoring in this affidavit:**

1. Provide the number you entered in Part 3., Item Number 29.

   `2`

**Persons NOT sponsored in this affidavit:**

2. Yourself.

   `1`

3. If you are currently married, enter "1" for your spouse.

4. If you have dependent children, enter the number here.

5. If you have any other dependents, enter the number here.

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents, enter the number here.

7. **OPTIONAL:** If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.

   `1`

8. Add together Part 5., Item Numbers 1. - 7. and enter the number here.

   **Household Size:** `4`

## Part 6. Sponsor's Employment and Income

**I am currently:**

1. ☒ Employed as a/an

   `Motorcoach Operator`

2. Name of Employer 1

   `Little Rock Tours`

3. Name of Employer 2 (if applicable)

4. ☐ Self-Employed as a/an (Occupation)

5. ☐ Retired Since (mm/dd/yyyy)

6. ☐ Unemployed Since (mm/dd/yyyy)

7. My current individual annual income is:

   $ `35,100.00`

Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See Form I-864 Instructions.) Please indicate name, relationship, and income.

**Person 1**

8. Name

   `Vickie D Stokes`

9. Relationship

   `Mother`

10. Current Income  $ `11,191.00`

**Person 2**

11. Name

12. Relationship

13. Current Income  $

**Person 3**

14. Name

15. Relationship

16. Current Income  $

**Person 4**

17. Name

18. Relationship

19. Current Income  $

1019131308000  1903863 018106 51 o652816 110419 18:27 103119 AOS_ELIS-805887

| For USCIS Use Only | Household Size<br>☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other_____ | Poverty Guideline<br>Year: 20<br><br>Poverty Line:<br>$ _____ | Remarks |
|---|---|---|---|

## Part 6. Sponsor's Employment and Income (continued)

**20.** My Current Annual Household Income (Total all lines from Part 6. Item Numbers 7., 10., 13., 16., and 19.; the total will be compared to Federal Poverty Guidelines on Form I-864P.)  $ **46,291.00**

**21.** ☒ The people listed in Item Numbers 8., 11., 14., and 17. have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

**22.** ☐ One or more of the people listed in Item Numbers 8., 11., 14., and 17. do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

Name

_____

### Federal Income Tax Return Information

**23.a.** Have you filed a Federal income tax return for each of the three most recent tax years?    ☒ Yes  ☐ No

NOTE: You MUST attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

**23.b.** ☒ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on Internal Revenue Service (IRS) Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

|  | Tax Year | Total Income |
|---|---|---|
| **24.a.** Most Recent | 2018 | $ 25,241.00 |
| **24.b.** 2nd Most Recent | 2017 | $ 34,806.00 |
| **24.c.** 3rd Most Recent | 2016 | $ 40,848.00 |

**25.** ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

## Part 7. Use of Assets to Supplement Income (Optional)

If your income, or the total income for you and your household, from Part 6, Item Numbers 20. or 24.a. - 24.c., exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part 7. Skip to Part 8.

**Your Assets (Optional)**

**1.** Enter the balance of all savings and checking accounts.  $ **2,000.00**

**2.** Enter the net cash value of real-estate holdings. (Net value means current assessed value minus mortgage debt.)  $ **63,800.00**

**3.** Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in Item Number 1. or Item Number 2.  $ _____

**4.** Add together Item Numbers 1. - 3. and enter the number here.    **TOTAL:** $ **65,800.00**

**Assets from Form I-864A, Part 4, Item Number 3.d., for:**

**5.a.** Name of Relative
**Vickie D Stokes**

**5.b.** Your household member's assets from Form I-864A (optional).  $ **5,000.00**

**Assets of the principal sponsored immigrant (optional).**

The principal sponsored immigrant is the person listed in Part 2, Item Numbers 1.a. - 1.c. Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

**6.** Enter the balance of the principal immigrant's savings and checking accounts.  $ _____

**7.** Enter the net cash value of all the principal immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)  $ _____

**8.** Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in Item Number 6. or Item Number 7.  $ _____

10191212P8000  1903863 018106 51 o652816 110419 18:27 103119 AOS_ELIS-805887

| For USCIS Use Only | Household Size<br>☐ 1  ☐ 2  ☐ 3<br>☐ 4  ☐ 5  ☐ 6<br>☐ 7  ☐ 8  ☐ 9<br>☐ Other_____ | Poverty Guideline<br><br>Year: 20____<br><br>Poverty Line:<br>$ | Sponsor's Household Income<br>*(Page 5, Line 10)*<br><br>$ | Remarks |
|---|---|---|---|---|

*The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.*

## Part 7. Use of Assets to Supplement Income (Optional) (continued)

9. Add together Item Numbers 6. - 8. and enter the number here.  $ [_____]

**Total Value of Assets**

10. Add together Item Numbers 4., 5.b., and 9. and enter the number here.

   **TOTAL:** $ [ 70,800.00 ]

## Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature

NOTE: Read the **Penalties** section of the Form I-864 Instructions before completing this part.

### *Sponsor's Contract*

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

### What Does Signing Form I-864 Require Me To Do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A. Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

B. Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

### What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

191912120000  1903863 010106 51 .652816 110419 18:27 103119 AOS_ELIS-805887



## Part 8.  Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided.  If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment.  You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

### When Will These Obligations End?

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

A.  Becomes a U.S. citizen;

B.  Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

C.  No longer has lawful permanent resident status and has departed the United States;

D.  Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

E.  Dies.

NOTE:  Divorce does not terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die.  Therefore, if you die, your estate is not required to take responsibility for the person's support after your death.  However, your estate may owe any support that you accumulated before you died.

### Sponsor's Statement

NOTE:  Select the box for either Item Number 1.a. or 1.b. If applicable, select the box for Item Number 2.

1.a.  ☒  I can read and understand English, and I have read and understand every question and instruction on this affidavit and my answer to every question.

1.b.  ☐  The interpreter named in Part 9. read to me every question and instruction on this affidavit and my answer to every question in

_____,

a language in which I am fluent, and I understood everything.

2.  ☐  At my request, the preparer named in Part 10.,

_____,

prepared this affidavit for me based only upon information I provided or authorized.

### Sponsor's Contact Information

3.  Sponsor's Daytime Telephone Number

5012466444

4.  Sponsor's Mobile Telephone Number (if any)

5012466444

5.  Sponsor's Email Address (if any)

st.jbird7@gmail.com

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date.  Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the benefit that I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit and that all of this information is complete, true, and correct.

A.  I know the contents of this affidavit of support that I signed;

B.  I have read and I understand each of the obligations described in Part 8., and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in Part 3. to become lawful permanent residents of the United States;

C.  I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

10191312080800  1903863 018106 51 0652816 110419 18:27 103119 AOS_ELIS-805887

**Part 8. Sponsor's Contract, Statement, Contact Information, Declaration, Certification, and Signature (continued)**

D. Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

E. I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864; and

F. I authorize the Social Security Administration to release information about me in its records to USCIS and DOS.

### Sponsor's Signature

6.a. Sponsor's Signature

6.b. Date of Signature (mm/dd/yyyy)  `10/23/2019`

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your affidavit.

**Part 9. Interpreter's Contact Information, Certification, and Signature**

Provide the following information about the interpreter.

### Interpreter's Full Name

1.a. Interpreter's Family Name (Last Name)

1.b. Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State          3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### Interpreter's Contact Information

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [          ], which is the same language specified in **Part 8., Item Number 1.b.**, and I have read to this sponsor in the identified language every question and instruction on this affidavit and his or her answer to every question. The sponsor informed me that he or she understands every instruction, question, and answer on the affidavit, including the **Sponsor's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

7.a. Interpreter's Signature

7.b. Date of Signature (mm/dd/yyyy)

1018121308000   1908262 0181AG 51 0652816 110419 18:27 103119 AOS_ELIS-805887

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

**1.b.** Preparer's Given Name (First Name)

**2.** Preparer's Business or Organization Name (if any)

### Preparer's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State ___ **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this affidavit on behalf of the sponsor and with the sponsor's consent.

**7.b.** ☐ I am an attorney or accredited representative and my representation of the sponsor in this case ☐ extends ☐ does not extend beyond the preparation of this affidavit.

**NOTE:** If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this affidavit.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this affidavit at the request of the sponsor. The sponsor then reviewed this completed affidavit and informed me that he or she understands all of the information contained in, and submitted with, his or her affidavit, including the **Sponsor's Declaration and Certification,** and that all of this information is complete, true, and correct. I completed this affidavit based only on information that the sponsor provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)

1893862 018106 51 652816 110419 18:27 103119 AOS_ELIS-805887

## Part 11. Additional Information

If you need extra space to provide any additional information within this affidavit, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this affidavit or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the Page Number, Part Number, and Item Number to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)    `Stokes`

**1.b.** Given Name (First Name)    `Stewart`

**1.c.** Middle Name    `Jason`

**2.** A-Number (if any)

▶ A- `               `

**3.a.** Page Number | **3.b.** Part Number | **3.c.** Item Number

**3.d.**
_____
_____
_____
_____
_____
_____
_____
_____

**4.a.** Page Number | **4.b.** Part Number | **4.c.** Item Number

**4.d.**
_____
_____
_____
_____
_____
_____
_____
_____

**5.a.** Page Number | **5.b.** Part Number | **5.c.** Item Number

**5.d.**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**6.a.** Page Number | **6.b.** Part Number | **6.c.** Item Number

**6.d.**
_____
_____
_____
_____
_____
_____
_____
_____

**7.a.** Page Number | **7.b.** Part Number | **7.c.** Item Number

**7.d.**
_____
_____
_____
_____
_____
_____
_____
_____

1918101208000  1903862 018106 51 0652816 110419 18:27 103119 AOS_ELIS-805887



**Contract Between Sponsor and Household Member**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-864A**
OMB No. 1615-0075
Expires 03/31/2020

| For Government Use Only |
|---|

This Form I-864A relates to a household member who:

☐ IS the intending immigrant   ☐ IS NOT the intending immigrant

Reviewed By: _____

Location: _____ Date (mm/dd/yyyy): _____

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 or G-281 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

**Part 1. Information About You (the Household Member)**

**Full Name**

1.a. Family Name (Last Name)    `Stokes`

1.b. Given Name (First Name)    `Vickie`

1.c. Middle Name    `Donnell`

**Mailing Address**

2.a. In Care Of Name    `Stewart J Stokes`

2.b. Street Number and Name    `6 Woodmere pl`

2.c. ☐ Apt. ☐ Ste. ☐ Flr. _____

2.d. City or Town    `Sherwood`

2.e. State `AR`   2.f. ZIP Code `72120`

2.g. Province _____

2.h. Postal Code _____

2.i. Country    `USA`

3. Is your current mailing address the same as your physical address?   ☒ Yes ☐ No

If you answered "No" to Item Number 3, provide your physical address.

**Physical Address**

4.a. Street Number and Name _____

4.b. ☐ Apt. ☐ Ste. ☐ Flr. _____

4.c. City or Town _____

4.d. State _____  4.e. ZIP Code _____

4.f. Province _____

4.g. Postal Code _____

4.h. Country _____

**Other Information**

5. Date of Birth (mm/dd/yyyy)    `12/17/1956`

**Place of Birth**

6.a. City or Town    `Tacoma`

6.b. State or Province    `Washington`

6.c. Country    `USA`

7. U.S. Social Security Number (if any)
▶ `2 6 5 2 9 3 7 2 6`

8. USCIS Online Account Number (if any)
▶ _____

PLAINTIFF'S EXHIBIT
2

Form I-864A   03/06/18

Page 1 of 8

1019131308000  1903863 018106 51 o652816 110419 18:27 103119 AOS_ELIS-805887

## Part 2. Your (the Household Member's) Relationship to the Sponsor

Select Item Number 1.a., 1.b., or 1.c.

1.a. ☐ I am the intending immigrant and also the sponsor's spouse.

1.b. ☐ I am the intending immigrant and also a member of the sponsor's household.

1.c. ☒ I am not the intending immigrant. I am the sponsor's household member. I am related to the sponsor as his/her:

 ☐ Spouse

 ☐ Son or Daughter (at least 18 years of age)

 ☒ Parent

 ☐ Brother or Sister

 ☐ Other Dependent (Specify)

## Part 3. Your (the Household Member's) Employment and Income

I am currently:

1. ☐ Employed as a/an

2. Name of Employer Number 1

3. Name of Employer Number 2 (if applicable)

4. ☐ Self employed as a/an

5. ☐ Retired from (Company Name)

 Since (mm/dd/yyyy)

6. ☒ Unemployed since (mm/dd/yyyy) 05/23/1980

7. My current individual annual income is: $ 11,191.00

## Part 4. Your (the Household Member's) Federal Income Tax Information and Assets

1.a. Have you filed a Federal income tax return for each of the three most recent tax years? ☐ Yes ☒ No

NOTE: You MUST attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

1.b. ☐ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

| | | Tax Year | | Total Income |
|---|---|---|---|---|
| 2.a. | Most Recent | | $ | |
| 2.b. | 2nd Most Recent | | $ | |
| 2.c. | 3rd Most Recent | | $ | |

My assets (complete only if necessary).

3.a. Enter the balance of all cash, savings, and checking accounts. $ 5,000.00

3.b. Enter the net cash value of real-estate holdings. (Net value means assessed value minus mortgage debt.) $

3.c. Enter the cash value of all stocks, bonds, certificates of deposit, and other assets not listed on Item Numbers 3.a. or 3.b. $

3.d. Add together Item Numbers 3.a., 3.b., and 3.c. and enter the number here. $ 5,000.00

## Part 5. Sponsor's Promise, Statement, Contact Information, Declaration, Certification, and Signature

NOTE: Read the Penalties section of the Form I-864A Instructions before completing this part.

I, THE SPONSOR,

Vickie D Stokes ,
(Print Name)

in consideration of the household member's promise to support the following intending immigrants and to be jointly and severally liable for any obligations I incur under the affidavit of support, promise to complete and file an affidavit of support on behalf of the following named intending immigrants.

2
(Indicate Number)

1019131308000  1903863  018106 51  o652816 110419 18:27 103119 AOS_ELIS-805887

**Part 5. Sponsor's Promise, Statement, Contact Information, Declaration, Certification, and Signature (continued)**

**Intending Immigrant Number 1**

**Name**

| | | |
|---|---|---|
| 1.a. | Family Name (Last Name) | Stokes |
| 1.b. | Given Name (First Name) | Irina |
| 1.c. | Middle Name | Aleksandrovna |

2. Date of Birth (mm/dd/yyyy)  `10/07/1980`

3. Alien Registration Number (A-Number, if any)
   ▶ A- [ ]

4. U.S. Social Security Number (if any)
   ▶ [ ]

5. USCIS Online Account Number (if any)
   ▶ [ ]

**Intending Immigrant Number 2**

**Name**

| | | |
|---|---|---|
| 6.a. | Family Name (Last Name) | Zakharova |
| 6.b. | Given Name (First Name) | Natalia |
| 6.c. | Middle Name | Vladimirovna |

7. Date of Birth (mm/dd/yyyy)  `04/09/2012`

8. Alien Registration Number (A-Number, if any)
   ▶ A- [ ]

9. U.S. Social Security Number (if any)
   ▶ [ ]

10. USCIS Online Account Number (if any)
   ▶ [ ]

**Intending Immigrant Number 3**

**Name**

| | | |
|---|---|---|
| 11.a. | Family Name (Last Name) | |
| 11.b. | Given Name (First Name) | |
| 11.c. | Middle Name | |

12. Date of Birth (mm/dd/yyyy) [ ]

13. Alien Registration Number (A-Number, if any)
   ▶ A- [ ]

14. U.S. Social Security Number (if any)
   ▶ [ ]

15. USCIS Online Account Number (if any)
   ▶ [ ]

**Intending Immigrant Number 4**

**Name**

| | | |
|---|---|---|
| 16.a. | Family Name (Last Name) | |
| 16.b. | Given Name (First Name) | |
| 16.c. | Middle Name | |

17. Date of Birth (mm/dd/yyyy) [ ]

18. Alien Registration Number (A-Number, if any)
   ▶ A- [ ]

19. U.S. Social Security Number (if any)
   ▶ [ ]

20. USCIS Online Account Number (if any)
   ▶ [ ]

**Intending Immigrant Number 5**

**Name**

| | | |
|---|---|---|
| 21.a. | Family Name (Last Name) | |
| 21.b. | Given Name (First Name) | |
| 21.c. | Middle Name | |

22. Date of Birth (mm/dd/yyyy) [ ]

23. Alien Registration Number (A-Number, if any)
   ▶ A- [ ]

24. U.S. Social Security Number (if any)
   ▶ [ ]

25. USCIS Online Account Number (if any)
   ▶ [ ]

**Sponsor's Statement**

**NOTE:** Select the box for either Item Number 26.a. or 26.b. If applicable, select the box for Item Number 27.

26.a. ☒ I can read and understand English, and I have read and understand every question and instruction on this contract and my answer to every question.

1019131308000  1903863 018106 51 ₒ652816 110419 18:27 103119 AOS_ELIS-805887

**Part 5. Sponsor's Promise, Statement, Contact Information, Declaration, Certification, and Signature (continued)**

26.b. ☐ The interpreter named in Part 7. read to me every question and instruction on this contract and my answer to every question in

[                                        ],

a language in which I am fluent, and I understood everything.

27. ☐ At my request, the preparer named in Part 8.,

[                                        ],

prepared this contract for me based only upon information I provided or authorized.

### Sponsor's Contact Information

28. Sponsor's Daytime Telephone Number

[ 5012466444 ]

29. Sponsor's Mobile Telephone Number (if any)

[ 5012466444 ]

30. Sponsor's Email Address (if any)

[ stjbird7@gmail.com ]

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that U.S. Citizenship and Immigration Services (USCIS) or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this contract, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my contract and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my contract and that all of this information is complete, true, and correct.

### Sponsor's Signature

31.a. Sponsor's Signature



31.b. Date of Signature (mm/dd/yyyy)   [ 10/23/2019 ]

**NOTE TO ALL SPONSORS:** If you do not completely fill out this contract or fail to submit required documents listed in the Instructions, USCIS may deny your contract.

**Part 6. Your (the Household Member's) Promise, Statement, Contact Information, Declaration, Certification, and Signature**

**NOTE:** Read the Penalties section of the Form I-864A Instructions before completing this part.

**I, THE HOUSEHOLD MEMBER,**

[ Vickie D Stokes ],
(Print Name)

in consideration of the sponsor's promise to complete and file an affidavit of support on behalf of the above named intending immigrants.

[                    2                    ]

(Print number of intending immigrants noted in Part 5. Sponsor's Promise, Statement, Contact Information, Declaration, Certification and Signature.)

A. Promise to provide any and all financial support necessary to assist the sponsor in maintaining the sponsored immigrants at or above the minimum income provided for in the Immigration and Naturalization Act (INA) section 213A(a)(1)(A) (not less than 125 percent of the Federal Poverty Guidelines) during the period in which the affidavit of support is enforceable;

B. Agree to be jointly and severally liable for payment of any and all obligations owed by the sponsor under the affidavit of support to the sponsored immigrants, to any agency of the Federal Government, to any agency of a state or local government, or to any other private entity that provides means-tested public benefits;

C. Certify under penalty under the laws of the United States that the Federal income tax returns submitted in support of the contract are true copies or unaltered tax transcripts filed with the Internal Revenue Service;

D. Consideration where the household member is also the sponsored immigrant: I understand that if I am the sponsored immigrant and a member of the sponsor's household that this promise relates only to my promise to be jointly and severally liable for any obligation owed by the sponsor under the affidavit of support to any of my dependents, to any agency of the Federal Government, to any agency of a state or local government, or to any other private entity that provides means-tested public benefits and to provide any and all financial support necessary to assist the sponsor in maintaining any of my dependents at or above the minimum income provided for in INA section 213A(a) (1)(A) (not less than 125 percent of the Federal Poverty Guideline) during the period which the affidavit of support is enforceable.

191912120800000  1903863 018106 51 o652816 110419 18:27 103119 AOS_ELIS-805887

**Part 6. Your (the Household Member's) Promise, Statement, Contact Information, Declaration, Certification, and Signature** (continued)

**E.** I understand that, if I am related to the sponsored immigrant or the sponsor by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864A.

**F.** I authorize the Social Security Administration to release information about me in its records to the Department of State and U.S. Citizenship and Immigration Services (USCIS).

### Your (the Household Member's) Statement

**NOTE:** Select the box for either Item Number 1.a. or 1.b. If applicable, select the box for Item Number 2.

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this contract and my answer to every question.

**1.b.** ☐ The interpreter named in Part 7. read to me every question and instruction on this contract and my answer to every question in

_____,
a language in which I am fluent, and I understood everything.

**2.** ☐ At my request, the preparer named in **Part 8.,**

_____,
prepared this contract for me based only upon information I provided or authorized.

### Your (the Household Member's) Contact Information

**3.** Your (the Household Member's) Daytime Telephone Number
`5013664185`

**4.** Your (the Household Member's) Mobile Telephone Number (if any)
`5013664185`

**5.** Your (the Household Member's) Email Address (if any)
`                    `

### Your (the Household Member's) Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or DOS may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this contract, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my contract and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my contract and that all of this information is complete, true, and correct.

### Your (the Household Member's) Signature

**6.a.** Your (the Household Member's) Printed Name
`Vickie D Stokes`

**6.b.** Your (the Household Member's) Signature
`Vickie D Stokes`

**6.c.** Date of Signature (mm/dd/yyyy) `10-23-19`

**NOTE TO ALL HOUSEHOLD MEMBERS:** If you do not completely fill out this contract or fail to submit required documents listed in the Instructions, USCIS may deny your contract.

**Part 7. Interpreter's Contact Information, Certification, and Signature**

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)
`                    `

**1.b.** Interpreter's Given Name (First Name)
`                    `

**2.** Interpreter's Business or Organization Name (if any)
`                    `

**Part 7. Interpreter's Contact Information, Certification, and Signature** (continued)

### Interpreter's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State          3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### Interpreter's Contact Information

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and                          , which is the same language specified in Part 5., Item Number 26.b. or Part 6., Item Number 1.b., and I have read to this sponsor or household member in the identified language every question and instruction on this contract and his or her answer to every question. The sponsor or household member informed me that he or she understands every instruction, question, and answer on the contract, including the Sponsor's or Household Member's Declaration and Certification, and has verified the accuracy of every answer.

### Interpreter's Signature

7.a. Interpreter's Signature

7.b. Date of Signature  (mm/dd/yyyy)

**Part 8. Contact Information, Declaration, and Signature of the Person Preparing this Contract, if Other Than the Sponsor or Household Member**

Provide the following information about the preparer.

### Preparer's Full Name

1.a. Preparer's Family Name (Last Name)

1.b. Preparer's Given Name (First Name)

2. Preparer's Business or Organization Name (if any)

### Preparer's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town

3.d. State          3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)

## Part 8. Contact Information, Declaration, and Signature of the Person Preparing this Contract, if Other Than the Sponsor or Household Member (continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this contract on behalf of the sponsor and household member and with the sponsor's or household member's consent.

7.b. ☐ I am an attorney or accredited representative and my representation of the sponsor and household member in this case ☐ extends ☐ does not extend beyond the preparation of this contract.

NOTE: If you are an attorney or accredited representative, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this contract.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this contract at the request of the sponsor and household member. The sponsor and household member then reviewed this completed contract and informed me that he or she understands all of the information contained in, and submitted with, his or her contract, including the **Sponsor's or Household Member's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this contract based only on information that the sponsor and household member provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature

8.b. Date of Signature (mm/dd/yyyy)

## Part 9. Additional Information

If you need extra space to provide any additional information within this contract, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this contract or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name) `Stokes`

**1.b.** Given Name (First Name) `Vickie`

**1.c.** Middle Name `Donnell`

**2.** A-Number (if any)

▶ A- [ ]

**3.a.** Page Number `2`   **3.b.** Part Number `4`   **3.c.** Item Number `1a`

**3.d.** I receive social security disability income monthly. I earn less than $25,000 yearly, I'm exempt from paying taxes on my social security benefits.

**4.a.** Page Number [ ]   **4.b.** Part Number [ ]   **4.c.** Item Number [ ]

**4.d.**

**5.a.** Page Number [ ]   **5.b.** Part Number [ ]   **5.c.** Item Number [ ]

**5.d.**

**6.a.** Page Number [ ]   **6.b.** Part Number [ ]   **6.c.** Item Number [ ]

**6.d.**

**7.a.** Page Number [ ]   **7.b.** Part Number [ ]   **7.c.** Item Number [ ]

**7.d.**