IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IRINA STOKES                                                                                  PLAINTIFF

V.                                      4:23CV00045 JM

STEWART STOKES AND
VICKIE STOKES                                                                              DEFENDANTS

## ORDER OF DISMISSAL

Pending is Plaintiff's motion to dismiss the complaint with prejudice against Defendants. The motion (ECF No. 2) is GRANTED. The Complaint and all claims against these Defendants are hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 13th day of April, 2023.

_____
James M. Moody Jr.
United States District Judge